DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELIOT BERNSTEIN, CANDICE BERNSTEIN, JOSHUA ENNIO ZANDER BERNSTEIN,** and **DANIEL ELIJSHA ABE OTTOMO BERNSTEIN,**
Appellants,

v.

**WALTER E. SAHM** and **PATRICIA SAHM,**
Appellees.

No. 4D2025-0996

_____

**BERNSTEIN FAMILY REALTY, LLC,**
Appellant,

v.

**WALTER E. SAHM** and **PATRICIA SAHM,**
Appellees.

No. 4D2025-1033

[July 2, 2026]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John J. Parnofiello, Judge; L.T. Case No. 502018CA002317XXXXMB.

Eric Joseph Cvelbar, Miami, for appellants.

Kathryn Lewis and Sarenna Nath of Kitroser Lewis & Mighdoll, North Palm Beach, for Charles J. Revard, as Guardian for appellee, Patricia Sahm.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

*          *          *

*Not final until disposition of timely-filed motion for rehearing.*